Nathaniel Clark (State Bar No.276621)
Nathanielc@mandarichlaw.com
MANDARICH LAW GROUP LLP
6301 Owensmouth Avenue
Woodland Hill,s CA 91367
(818) 264-0108 Telephone
(818) 888-1260 Facsimile

Attorneys for Defendants
MANDARICH LAW GROUP, LLP
CACH, LLC

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KAVANAUGH,<br><br>            Plaintiff,<br><br>    vs.<br><br>CACH, LLC AND MANDARICH LAW GROUP, LLP,<br><br>            Defendants. | CASE NO. 3:12-cv-01111-H-BGS<br><br>**WITHDRAWL OF MOTION TO STRIKE PLAINTIFF'S ROSENTHAL CLAIM**<br><br>Date: VACATED<br>Time: VACATED<br>Courtroom: 13, Fifth Floor |

///
///

1 | PLEASE TAKE NOTICE that MANDARICH LAW GROUP, LLP and CACH, LLC,
2 | by and through counsel, hereby formally withdraws the MOTION TO STRIKE
3 | PLAINTIFF'S ROSENTHAL CLAIM previously set for June 18, 2012 at 10:30 a.m.,
4 |
5 | in Courtroom 13, Fifth Floor, of the above-entitled Court, located at 940 Front
6 | Street, San Diego, CA 92101-8900, but subsequently vacated by the Court.
7 |
8 | DATED: May 23, 2012                    MANDARICH LAW GROUP, LLP
9 |
10 |                                By    /s/ *Nathaniel Clark*
11 |                                      Nathaniel Clark
                                          Attorneys for Defendants
12 |                                      MANDARICH LAW GROUP LLP
                                          CACH, LLC